# United States District Court

FILED

AUG 15 2002

__Eastern__ **DISTRICT OF** __North Carolina__

DAVID W. DANIEL, CLERK
U.S. DISTRICT COURT
E. DIST. NO. CAR.

UNITED STATES OF AMERICA

**v.**

**CRIMINAL COMPLAINT**

**FABIO LEONARDO MEZA-ACOSTA, aka
JUAN RAUL RODRIGUEZ**

CASE NUMBER: 7:02 - m - 379

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about __June 25, 2000__ in __Sampson__ County, in the

__Eastern__ District of __North Carolina__ defendant(s) did, (Track Statutory Language of Offense)

**knowingly, intentionally, and unlawfully travel in interstate commerce to avoid prosecution and/or contempt
proceedings for the North Carolina State felony of murder**

in violation of Title __18__ United States Code, Section(s) __1073__ .

I further state that I am a __Special Agent, Federal Bureau of Investigation__ and that this complaint is based on the
following facts:

Official Title

**See Attached Affidavit hereby incorporated by reference as if fully restated herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Patricia M Parker_
Signature of Complainant
**Patricia M. Parker**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__**August 15, 2002**__ at __Wilmington, NC__

Date
**William Norton Mason**
**United States Magistrate Judge**

City and State

C: USMS w/ pro. Warrant

## AFFIDAVIT

I, PATRICIA M. PARKER, being duly sworn, hereby state I am a Special Agent of the FEDERAL BUREAU OF INVESTIGATION (FBI) and have been so employed for approximately 18 years.

On March 27, 2001, Sergeant RICKY R. MATTOCKS, SAMPSON COUNTY SHERIFF'S DEPARTMENT, Clinton, North Carolina (NC), presented the FBI with the following information:

On June 28, 2000, the body of FAVIO RENE SALGADO FERRERA was located in vicinity of Peter Byrd Road in rural Sampson County, NC. Evidence in the investigation revealed that FERRERA was killed at his residence by his roommate, FABIO LEONARDO MEZA-ACOSTA, also known as JUAN RAUL RODRIGUEZ. MEZA-ACOSTA was known to travel to and from his residence in Tegucigalpa, Honduras, where his wife, NIEVES Y. OCHOA, also resides.

On August 7, 2000, a warrant was issued in the State of North Carolina General Court of Justice, District Court Division, Sampson County, charging MEZA-ACOSTA with murder.

The SCSD has made attempts to locate MEZA-ACOSTA at his normal residence and residences of family members in NC, and has been unable to locate him. Family members of MEZA-ACOSTA located in Florida, advised Sergeant MATTOCKS they heard MEZA-ACOSTA has fled to Honduras.

The above facts lead the Affiant to believe that probable cause exists that MEZA-ACOSTA did flee the State of North Carolina in violation of Title 18, United States Code, Section 1073.

Patricia M. Parker
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me
this _15th_ day of _August_, 20_02_.

WILLIAM NORTON MASON
US Magistrate Judge